COPY

FILED

STEVEN M. WEINBERG (SBN 235581)
COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Tel: (310) 457-6100
Fax: (310) 457-9555
Email: SMWeinberg@cdas.com

Attorneys for Plaintiff
Masterfile Corporation

2010 FEB 17  AM 11: 38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MASTERFILE CORPORATION,

Plaintiff,

v.

COMPNET TECH, MICHAEL TRAN,
and JOHN and JANE DOES 1-10,

Defendants.

SACV10-00193 CJC (RNBx)
Case No.

**COMPLAINT FOR DAMAGES,
PROFITS, INJUNCTIVE AND
OTHER EQUITABLE RELIEF
FOR FEDERAL COPYRIGHT
INFRINGEMENT AND
REMOVAL OF COPYRIGHT
MANAGEMENT INFORMATION**

Plaintiff Masterfile Corporation ("Masterfile"), by its attorneys Cowan,
DeBaets, Abrahams, & Sheppard LLP, as and for its Complaint against defendants

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

CompNet Tech , Michael Tran and John and Jane Does 1-10 ("Defendants"), alleges as follows:

## INTRODUCTION

1.      This is an action for copyright infringement arising out of Defendants' unauthorized reproduction and use of original copyright protected photographs owned and registered by Plaintiff Masterfile.  Masterfile seeks injunctive and monetary relief for copyright infringement under the provisions of the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*. and for and violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201 *et. seq.*

## PARTIES

2.      Plaintiff is a well known stock photography agency with offices at 3 Concorde Gate, Fourth Floor, Toronto, Canada.  Plaintiff is in the business of licensing reproduction rights in photographs to users for a fee.

3.      Upon information and belief, Defendant CompNet Tech ("Defendant CompNet") is a California unincorporated business entity engaged in the business of providing computer technical support. Upon information and belief Defendant CompNet is based in Westminster, California.

4.      Upon information and belief, Defendant Michael Tran is a California resident and is the owner and principal of Defendant CompNet and at all relevant times directed and controlled the activities of Defendant CompNet complained of herein.

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

2

COMPLAINT FOR COPYRIGHT INFRINGEMENT

1     5.     Upon information and belief, Defendants John and Jane Does 1-10 are

2   persons currently unknown who directed, controlled, facilitated or otherwise

3   contributed to the activities complained of herein.

4

5                        **JURISDICTION AND VENUE**

6

7     6.     This Court has subject matter jurisdiction over this action pursuant to

8   17 U.S.C. § 501(b) and 28 U.S.C. §§ 1331 and 1338(a).

9     7.     This Court has personal jurisdiction over Defendant CompNet

10  because said Defendant maintains its principal place of business in the State of

11  California and in this district and does and transacts business in this judicial

12  district.  This Court also has personal jurisdiction over Defendant Michael Tran

13  and Defendants John and Jane Does 1-10 because said Defendants, upon

14  information and belief, reside in this judicial district, and engaged in the acts

15  complained of in this judicial district.

16    8.     Venue is proper within this District pursuant to 28 U.S.C. §§ 1391 and

17  1400.

18                              **FACTS**

19

20    9.     In or about February 2009, Plaintiff discovered that Defendant

21  CompNet was using nine (9) copyrighted photographs owned by Plaintiff (the

22  "Infringed Images") on Defendant CompNet's website www.web2pc.com (the

23  "Website").

24    10.    Plaintiff has complied in all respects with Copyright Act of the United

25  States  of America and secured the exclusive right and privilege in and to the

26  copyright in the Infringed Images by registering its claim of copyright in the

27

28

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

Infringed Images and receiving certificates of registration from the Copyright Office under the following registration numbers:

| Plaintiff Image Identification Number | Copyright Registration Number | Registration Effective Date |
|---|---|---|
| 700-00044760 | VA 1-023-873 | September 19, 2000 |
| 700-00075129 | VA 1-145-765 | March 25, 2002 |
| 700-00183906 | VA 1-220-538 | October 18, 2003 |
| 700-00280184 | VA 1-262-069 | April 30, 2004 |
| 700-00350908 | VA 1-301-526 | November 23, 2004 |
| 700-00458178 | VA 1-303-399 | March 15, 2005 |
| 700-00556384 | VA 1-326-965 | September 19, 2005 |
| 700-00592494 | VA 1-326-965 | September 19, 2005 |
| 700-00644046 | VA 1-337-371 | January 13, 2006 |

A copy of the certificates of registration for these Infringed Images (without the Continuation Sheets), which were registered as individual images within compilations, are attached hereto as Exhibit "A."

11. Without Plaintiff's knowledge or consent, Defendants reproduced each of these Infringed Images and displayed these unauthorized copies on the Website. Defendants are not, and have never been, licensed or otherwise authorized to use the infringed Images.

12. Plaintiff notified Defendants that Defendants' unauthorized use of the Infringing Images constitutes copyright infringement and provided Defendants with an opportunity to rectify this infringing conduct, but Defendants have refused to so rectify their conduct.

13. Defendants' conduct as aforesaid was willful.

**COUNT ONE**

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

4

1

2 **(Copyright Infringement Under 17 U.S.C. § 101 *et seq.*)**

3

4     14.    Plaintiff incorporates by reference each and every allegation contained

5 in paragraphs 1 through 13 above.

6     15.    Defendants' actions as described above constitute infringement of

7 Plaintiff's exclusive rights under its registered copyrights in violation of 17 U.S.C.

8 §§ 106 and 501.

9     16.    Plaintiff is entitled to recover damages, which include its actual losses

10 and any and all profits Defendants have made as a result of their infringing

11 conduct. 17 U.S.C. § 504.

12     17.    Plaintiff is entitled to recover actual damages in no less than the

13 amount of $63,270.00 or in lieu thereof, at Plaintiff's election, statutory damages

14 in no less than the amount of $1,350,000.00, plus attorney's fees and costs.

15

16                     **COUNT TWO**

17    **(Intentional Removal of Copyright Management Information**

18              **Under 17 U.S.C. § 1202(b))**

19     18.    Plaintiff incorporates by reference each and every allegation contained

20 in paragraphs 1 through 17 above.

21     19.    Each of the Infringed Images copied contained embedded copyright

22 management information protected under 17 U.S.C. § 1202(b).

23     20.    Defendants intentionally removed the copyright management

24 information with the intent to induce, enable, facilitate, or conceal an infringement

25 of Plaintiff's rights under the Copyright Act.

26     21.    Defendants' conduct as aforesaid is a violation of 17 U.S.C. §

27 1202(b).

28

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

22.   By reason of said violation, Plaintiff is entitled to recover statutory damages under 17 U.S.C. § 1203(c) in the maximum amount of $2500 for each of the nine circumventions, for a total of $22,500.00, plus costs and attorney's fees.

WHEREFORE, Plaintiff prays for the following relief against Defendants:

A.   A judgment from this Court that Defendants (1) infringed Plaintiff's exclusive rights in the Infringed Images, and that this infringement was willful, and (2) wrongfully removed Plaintiff's copyright management information embedded in the Infringed Images, and that such removal was willful.

B.   Permanent injunctive relief in the form of an order or orders requiring that Defendants, and their respective officers, directors, principals, representatives, agents, servants, employees, successors and assigns, and all persons acting in concert or participation with each or any of them, or for them, be preliminarily and permanently enjoined and restrained from:

1.   copying, reproducing or making any unauthorized use of the Infringed Images or any derivative thereof, in any form; and from

2.   importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any simulation, reproduction, counterfeit, or copy of any of the Infringed Images or any derivative thereof, or causing and/or participating in such importation, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any such items; and from

3.   removing any copyright management information from any other of Plaintiff's images.

C.   Preliminary and permanent injunctive relief in the form of an order or orders requiring that Defendants turn over for destruction all unauthorized copies of the Infringed Images and all derivatives thereof (including without limitation the

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

1  Infringed Images) and any item or thing displaying such copies, electronic and
2  physical, in its possession, custody or control;

3      D.      An award for copyright infringement of actual damages in no less
4  than the amount $63,270.00 or in lieu thereof, at Plaintiff's election, statutory
5  damages in no less than the amount of $ 1,350,000.00, plus attorney's fees and
6  costs;

7      E.      An award of statutory damages for removal of copyright management
8  information in the maximum amount of $2500.00 for each of the nine intentional
9  removals, for a total of $22,500.00, plus costs and attorney's fees; and

10     F.      Such other and further relief as the Court may deem just and proper.

11 Dated:       Malibu, California
12              February 15, 2010

13

14                   COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

15

16

17

18           By:

19                   _____
                     Steven M. Weinberg
20
                     Attorneys for Plaintiff
21                   MASTERFILE CORPORATION

22

23

24

25

26

27

28

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "A" TO COMPLAINT

8

# CERTIFICATE OF REGISTRATION





**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-023-873

EFFECTIVE DATE OF REGISTRATION

Sept 19 2000
Month  Day  Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK ▼**
Group Registration for Automated Database entitled
www.masterfile.com

**NATURE OF THIS WORK ▼** See instructions
Updates from July 10, 2000
to September 6, 2000

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**
Representative publication date:   September 6, 2000 * (bi-monthly revisions)

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**NAME OF AUTHOR ▼**

**a** Masterfile Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
   { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
Revised compilation of photographs and 2-dimensional art

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**b** See 3 continuation sheets attached

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
   { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   [ ] Map   ☐ Technical drawing
☐ 2-Dimensional artwork   [ ] Photograph   ☐ Text
☐ Reproduction of work of art   [ ] Jewelry design   ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
2000
This information must be given
Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information Month September Day 06 Year 2000
ONLY if this work has been published.
Canada & USA
Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Copyright assigned contractually

**APPLICATION RECEIVED**
SEP 19 2000
**ONE DEPOSIT RECEIVED**
SEP 19 2000
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Added by C.O. from space 6b.

EXAMINED BY   Dw   FORM VA

CHECKED BY

☒ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

Registration pending

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered database

**6**
**a**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated bi-monthly
New photographs and new 2-dimensional art

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                        Account Number ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathy Burgess, Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

**b**

Area code and daytime telephone number  ( 416 ) 929-3000          Fax number  ( 416 ) 929-9623

Email  kburgess@masterfile.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Masterfile Corporation / Kathy Burgess,  Corporate Secretary      Date  September 15, 2000

Handwritten signature (X) ▼

_T. K. Burgess_

Certificate
will be
mailed in
window
envelope to
this
address:

Name ▼
Masterfile Corporation

Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor

City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 3R8

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999
the filing fee for
Form VA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000        ♻ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/1

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-145-765

EFFECTIVE DATE OF REGISTRATION

MARCH 25 2002

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Group Registration for Automated Database entitled www.masterfile.com

**NATURE OF THIS WORK ▼ See instructions**

Updates from Jan. 1, 2002 to March 15, 2002

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

Representative publication date: March 15, 2002 (hi-monthly revisions)

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

Masterfile Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

Revised compilation of photographs and 2-dimensional art

**b** **NAME OF AUTHOR ▼**

see 3 continuation sheets attached

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed**

2002    Year    This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**

Complete this information ONLY if this work has been published.
Month March   Day 15   Year 2002
Canada & USA    Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada M4W 3R8

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

copyright assigned contractually

**DO NOT WRITE HERE**
APPLICATION RECEIVED
MAR 25 2002
ONE DEPOSIT RECEIVED
MAR 25 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM V

FOR
COPYRIGI
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

VA 1-108-991        2001

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered database

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated bi-monthly
New photographs and new 2-dimensional art

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Kathy Burgess, Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

a

b

Area code and daytime telephone number  ( 416 )  929-3000

Email  kburgess@masterfile.com

Fax number  (416 ) 929-9623

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one
{
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
}

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Masterfile Corporation / Kathy Burgess, Corporate Secretary        Date  March 18, 2002

Handwritten signature (X) ▼

X  K. Burgess

Certificate
will be
mailed in
window
envelope to
his
address:

Name ▼

Masterfile Corporation

Number/Street/Apt ▼

175 Bloor Street East, South Tower, Second Floor

City/State/ZIP ▼

Toronto, Ontario, Canada  M4W 3R8

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999
the filing fee for
Form VA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000

## Certificate of Registratio..



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1 - 220 - 538**

EFFECTIVE DATE OF REGISTRATION

**OCT    18    2003**
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼
Group Registration for Automated Database entitled www masterfile com

NATURE OF THIS WORK ▼ See Instructions
Updates from August 12, 2003 to October 17, 2003

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative publication date   October 17, 2003 (bi-monthly revisions)

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼
**a** Masterfile Corporation

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work
Revised compilation of photographs and 2-dimensional art

Name of Author ▼
**b** See 7 continuation sheets attached

Dates of Birth and Death
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

---

**3**

**a**
Year in Which Creation of This Work Was Completed
2003
This information must be given in all cases.
Year ▼

**b**
Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month October  Day 17  Year 2003
Canada & USA
Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Masterfile Corporation
175 Bloor Street East, South Tower, 2nd Floor
Toronto, Ontario, Canada  M4W 3R8

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

copyright assigned contractually

APPLICATION RECEIVED
OCT 18 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 18 2003
FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-262-069

APR 30 2004
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼

Group Registration for Automated Database
entitled www.masterfile.com

NATURE OF THIS WORK ▼ See Instructions

Updates from February 11, 2004
to April 15, 2004

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative publication date: April 15, 2004 (bi-monthly revisions)

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

Masterfile Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
Revised compilation of photographs and 2-dimensional art

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** Name of Author ▼

See 12 continuation sheets attached

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2004
Year   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month April   Day 15   Year 2004
Canada & USA   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Masterfile Corporation
175 Bloor Street East, South Tower, 2nd Floor
Toronto, Ontario, Canada M4W 3R8

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

copyright assigned contractually

APPLICATION RECEIVED
APR 30 2004
ONE DEPOSIT RECEIVED
APR 30 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 26 pages

EXAMINED BY ☒

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

Note:    some images may have been
         previously published and
         registered

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathy Burgess
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada   M4W 3R8

b

Area code and daytime telephone number   ( 416 )  929-3000          Fax number   ( 416 )  929-9623

Email kburgess@masterfile.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one

{
  ☐ author
  ☐ other copyright claimant
  ☒ owner of exclusive right(s)
  ☐ authorized agent of
}

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Masterfile Corporation/Kathy Burgess, Corporate Secretary          Date April 7, 2000

Handwritten signature (X) ▼

x _L. Burgess_

Certificate
will be
mailed in
window
envelope to
this
address:

Name ▼
Masterfile Corporation

Number/Street/Apt ▼
175 Bloor Street East, South Tower, Second Floor

City/State/ZIP ▼
Toronto, Ontario, Canada   M4W 3R8

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999,
the filing fee for
Form VA is $30.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000

PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

REG   VA 1–301–526

**EFFECTIVE DATE OF REGISTRATION**

Nov    23    2004
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**Title of This Work ▼**

Group Registration for Automated Database entitled www.masterfile.com

**NATURE OF THIS WORK ▼** See instructions

Digital Images

**Previous or Alternative Titles ▼**

August 7, 2004 to October 12, 2004

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared **Title of Collective Work ▼**

Representative publication date October 12, 2004 (bi-monthly revisions)

If published in a periodical or serial give  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**

Masterfile Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

compilation

**b**

**Name of Author ▼**

Alberstat, Michael, Blohm, Hans, deVisser, John and 217 other authors

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☆ ☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a**

**Year in Which Creation of This Work Was Completed**

2004   Year   This information must be given in all cases.

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month October   Day 12   Year 2004
Canada and USA   Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Masterfile Corporation
175 Bloor Street East, South Tower, 2nd Floor
Toronto, Ontario Canada M4W 3R8

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

by agreement

**APPLICATION RECEIVED**
NOV 2 3 2004
**ONE DEPOSIT RECEIVED**
NOV 2 3 2004
**TWO DEPOSITS RECEIVED**
NOV 2 3 2004
**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

```
* Amended by C.O. on authority of email
message from Nancy Wolff, authorized
agent of claimant on 3-11-05.
```

| EXAMINED BY | OW | FORM VA |
|---|---|---|
| CHECKED BY | | |

☒ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No. If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes, give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Certain previously published photographs

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Revised Compilation and new photographs updated weekly

**6**

a

See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Barbara Miller, Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada M4W 3R8

b

Area code and daytime telephone number ( 416 ) 929-3000 ex 2235          Fax number ( 416 ) 929-9623
Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Masterfile Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Masterfile Corporation per Barbara Miller                              Date October 12, 2004

Handwritten signature (X) ▼
X  Bmille

**9**

| Certificate will be mailed in window envelope to this address | Name ▼ Masterfile Corporation |
| | Number/Street/Apt ▼ 175 Bloor Street East, South Tower, Second Floor |
| | City/State/ZIP ▼ Toronto, Ontario, M4W 3R8 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000   Web Rev. June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office 2003-496-605/60 029

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1–303–399

**MAR 15 2005**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
Group Registration for Automated Database entitled www.masterfile.com

NATURE OF THIS WORK ▼ See Instructions
Digital Images

Previous or Alternative Titles ▼
January 1, 2005 to February 28, 2005

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative publication Date:   February 28, 2005 (bi-monthly revisions)
If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NAME OF AUTHOR ▼
**a** Masterfile Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork      ☑ Photograph   ☐ Text                compilation
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Name of Author ▼
**b** Elisabeth Colfen, Frank Krahmer, Zoran Milich and 125 other authors

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map          ☐ Technical drawing
☑ 2-Dimensional artwork      ☑ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2005
Year    In all cases.

This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month February  Day 28  Year 2005
ONLY if this work has been published.
Canada & USA    Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Masterfile Corporation
175 Bloor Street East, South Tower, 2nd Floor
Toronto, Ontario, Canada   M4W 3R8

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
by agreement

APPLICATION RECEIVED
MAR 15 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 15 2005
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at line 8.    Page 1 of __2__ pages

| EXAMINED BY *Vg* | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>   Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Certain previously published photographs

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation and new photographs updated weekly

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathy Burgess, Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

Area code and daytime telephone number   416 929-3000          Fax number   416 929-9623

Email   kburgess@masterfile.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Masterfile Corporation
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Masterfile Corporation per Kathy Burgess          Date  February 28, 2005

Handwritten signature (X) ▼

x *L. Burgess*

**CERTIFICATION**

Certificate will be mailed in window envelope to this address:

Name ▼
Masterfile Corporation

Number/Street/Apt ▼
175 Bloor Street East, South Tower, 2nd Floor

City/State/ZIP ▼
Toronto, Ontario, Canada  M4W 3R8

**9**

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2003—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1−326−965

EFFECTIVE DATE OF REGISTRATION

SEP 19 2005
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
Title of This Work ▼

Group Registration for Automated Database entitled www.masterfile.com

NATURE OF THIS WORK ▼ See instructions

Digital Images

Previous or Alternative Titles ▼

July 1, 2005 to August 31, 2005

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative publication date: August 31, 2005 (bi-monthly revisions)

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
NAME OF AUTHOR ▼

**a** Masterfile Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes ☐ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work    compilation

**b** Name of Author ▼

Mark Peter Drolet, Michael Goldman, Miles Ertman and 111 other authors

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed

2005
Year    in all cases.

This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month August Day 31 Year 2005
ONLY if this work has been published.    Canada & USA    Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Masterfile Corporation
175 Bloor Street East, South Tower, 2nd Floor
Toronto, Ontario, Canada M4W 3R8

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

by agreement

APPLICATION RECEIVED
SEP 19 2005
ONE DEPOSIT RECEIVED
SEP 19 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY **VG**

CHECKED BY

☐ CORRESPONDENCE
   Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

   Certain previously published photographs

**b.** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   Revised compilation and new photographs update weekly

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                            Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

   Kathy Burgess, Masterfile Corporation
   175 Bloor Street East, South Tower, Second Floor
   Toronto, Ontario, Canada  M4W 3R8

Area code and daytime telephone number ▶ ( 416 929-3000          Fax number ▶ 416 ) 929-9623

Email  kburgess@masterfile.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Masterfile Corporation
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Masterfile Corporation per Kathy Burgess                    Date August 31, 2005

Handwritten signature (X) ▼

x ___K. Burgess_____

**Certificate**
**will be**
**mailed in**
**window**
**envelope**
**to this**
**address:**

Name ▼
   Masterfile Corporation
Number/Street/Apt ▼
   175 Bloor Street East, South Tower, 2nd Floor
City/State/ZIP ▼
   Toronto, Ontario, Canada  M4W 3R8

**9**

• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS**
**IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office Website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Register of Copyrights, United States of America



**FORM VA**
For a Work of the Visual Arts

VA 1-337-371

EFFECTIVE DATE OF REGISTRATION

JAN 13 2006

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
Group Registration for Automated Database
entitled www.masterfile.com

NATURE OF THIS WORK ▼ See instructions
Digital Images

Previous or Alternative Title ▼
November 1, 2005 to December 31, 2005

Publication as a Contribution
Representative publication date: December 31, 2005 (bi-monthly revisions)

**2**

NAME OF AUTHOR ▼

**a** Masterfile Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

Author's Nationality or Domicile
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship
☐ 3-Dimensional sculpture   ☐ Map
☐ 2-Dimensional artwork     ☐ Photograph
☐ Reproduction of work of art  ☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work
compilation

Name of Author ▼

**b** Colby Lysne, Derek Shapton, Candace Gottschalk
and 125 other authors

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

Author's Nationality or Domicile
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship
☐ 3-Dimensional sculpture   ☐ Map
☐ 2-Dimensional artwork     ☐ Photograph
☐ Reproduction of work of art  ☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2005

**b** Date and Nation of First Publication of This Particular Work
December 31, 2005
Canada & USA

**4**

COPYRIGHT CLAIMANT(S)
Masterfile Corporation
175 Bloor Street East, South Tower, 2nd Floor
Toronto, Ontario, Canada, M4W 3R8

Transfer

By agreement

JAN 13 2006
ONE DEPOSIT RECEIVED
JAN 13 2006 TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶

| EXAMINED BY _Vg_ | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Certain previously published photographs

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation and new photographs updated weekly.

**6**

a  See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathy Burgess, Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

b

Area code and daytime telephone number  (416) 929-3000          Fax number  (416) 929-9623

Email  _kburgess@masterfile.com_

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Masterfile Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Masterfile Corporation per Kathy Burgess          Date December 31, 2005

Handwritten signature (X) ▼

x _K. Burgess_

| Certificate will be mailed in window envelope to this address: | Name ▼<br>Masterfile Corporation<br>Number/Street/Apt ▼<br>175 Bloor Street East, South Tower, Second Floor<br>City/State/ZIP ▼<br>Toronto, Ontario, Canada  M4W 3R8 | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material<br>MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |
|---|---|---|

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV10- 193 CJC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

ORIGINAL                                                          

Name & Address:
STEVEN M. WEINBERG (SBN 235581)
COWAN, DEBAETS, ABRAHAMS & SHEPPARD
LLP
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MASTERFILE CORPORATION | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | **SACV10-00193 CJC (RNBx)** |
| COMPNET TECH, MICHAEL TRAN AND JOHN AND JANE DOES 1-10 | |
| DEFENDANT(S). | **SUMMONS** |

TO:   DEFENDANT(S): COMPNET TECH, MICHAEL TRAN AND JOHN AND JANE DOES 1-10

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Steven M. Weinberg _____, whose address is 30765 Pacific Coast Highway, Suite 411 Malibu, California 90265 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____ FEB 17 2010 _____

**CHRISTOPHER POWERS**

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    **SUMMONS**

COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>MASTERFILE CORPORATION | DEFENDANTS<br>COMPNET TECH, MICHAEL TRAN and JOHN AND JANE DOES 1-10 |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP<br>30765 Pacific Coast Highway, Suite 411<br>Malibu, California 90265 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☑ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT: $** 1,525,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Under 17 U.S.C. § 101 et seq. Copyright infringement and circumvention of copyright management information

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**    Case Number:     SACV10-00193

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Toronto, CANADA |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County |  |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County |  |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 02/15/10

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                                          **CIVIL COVER SHEET**                                          Page 2 of 2